**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Eric C. Colgan,
    Phyllis J. Troxell-Colgan,

           Debtors.

Case No. 19-13351-amc

Chapter 13

SSN: xxx-xx-0506

**ORDER DIRECTING EMPLOYER**
**TO MAKE WAGE DEDUCTION**

Upon motion of the Debtors, it is hereby **ORDERED** that:

1. Debtor's employer, Forman Mills, Inc., ("the employer") shall pay $237.70 directly from each of her regular biweekly paychecks, to the chapter 13 trustee at the following address:

   Scott F. Waterman, Chapter 13 Trustee
   P.O. Box 680
   Memphis, TN 38101-0680

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: Feb. 2, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge

CC: Forman Mills, Inc.
1070 Thomas Busch Memorial Highway
Pennsauken, NJ 08110