United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-13351-amc

Eric C. Colgan                                                                           Chapter 13

Phyllis J Troxell-Colgan

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                    Page 1 of 2

Date Rcvd: Feb 02, 2024                      Form ID: pdf900                            Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2024:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db/jdb | + Eric C. Colgan, Phyllis J Troxell-Colgan, 615 W Gardner Avenue, Glenolden, PA 19036-1717 |
|  | + Forman Mills, Inc, 1070 Thomas Busch Memorial Highway, Pennsauken, NJ 08110-2313 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: megan.harper@phila.gov | Feb 03 2024 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 03 2024 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2024                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ALYK L OFLAZIAN |  |
|  | on behalf of Creditor MidFirst Bank amps@manleydeas.com |

District/off: 0313-2                          User: admin                                          Page 2 of 2
Date Rcvd: Feb 02, 2024                      Form ID: pdf900                                     Total Noticed: 4

KEVIN S. FRANKEL
                        on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pa-bk@logs.com

MICHAEL A. CIBIK
                        on behalf of Joint Debtor Phyllis J Troxell-Colgan mail@cibiklaw.com
                        cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

MICHAEL A. CIBIK
                        on behalf of Debtor Eric C. Colgan mail@cibiklaw.com
                        cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

POLLY A. LANGDON
                        on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

Scott F Waterman
                        on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                     Case No. 19-13351-amc

    Eric C. Colgan,              Chapter 13
    Phyllis J. Troxell-Colgan,
                                           SSN: xxx-xx-0506
            Debtors.

**ORDER DIRECTING EMPLOYER**
**TO MAKE WAGE DEDUCTION**

Upon motion of the Debtors, it is hereby **ORDERED** that:

1.    Debtor's employer, Forman Mills, Inc., ("the employer") shall pay $237.70 directly from each of her regular biweekly paychecks, to the chapter 13 trustee at the following address:

        Scott F. Waterman, Chapter 13 Trustee
        P.O. Box 680
        Memphis, TN 38101-0680

2.    The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3.    This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4.    This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date:  Feb. 2, 2024

                         Ashely M. Chan
                         U.S. Bankruptcy Judge

CC:  Forman Mills, Inc.
      1070 Thomas Busch Memorial Highway
      Pennsauken, NJ 08110