## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.:** 19-13351 |
| **Eric C. Colgan** : | **Chapter 13** |
| **Phyllis J Troxell-Colgan** : | **Judge Ashely M. Chan** |
| : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| : | |
| **MidFirst Bank** : | **Date and Time of Hearing** |
| **Movant,** : | **Place of Hearing** |
| : | **March 6, 2024 at 11:00 a.m.** |
| **vs** : | |
| : | |
| **Eric C. Colgan** : | **U.S. Bankruptcy Court** |
| **Phyllis J Troxell-Colgan** : | **900 Market Street, Suite 400, Courtroom** |
| **Scott F. Waterman** : | **#4** |
| **Respondents.** : | **Philadelphia, PA, 19107** |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

MidFirst Bank has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before February 22, 2024, you or your attorney must do **ALL** of the following:

   A. File an answer explaining your position at:

   **Clerk, U.S. Bankruptcy Court**
   U.S. Bankruptcy Court
   900 Market Street, Suite 400
   Philadelphia, PA, 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

   B. Mail a copy to the Creditor's attorney and the below listed:

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)


21-027175_EJS1

Scott F. Waterman [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA  19606
ECFMail@ReadingCh13.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on March 6, 2024 at 11:00 a.m. in U.S. Bankruptcy Court, 900 Market Street, Suite 400, Courtroom #4, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE: 2/7/2024 _____

21-027175_EJS1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-13351** |
| **Eric C. Colgan** | : | **Chapter 13** |
| **Phyllis J Troxell-Colgan** | : | **Judge Ashely M. Chan** |
| | : | **✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱ ✱** |
| **Debtor(s)** | | |
| | : | |
| **MidFirst Bank** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **March 6, 2024 at 11:00 a.m.** |
| | : | |
| **Eric C. Colgan** | : | **U.S. Bankruptcy Court** |
| **Phyllis J Troxell-Colgan** | : | **900 Market Street, Suite 400, Courtroom** |
| **Scott F. Waterman** | : | **#4** |
| **Respondents.** | : | **Philadelphia, PA, 19107** |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Motion for Relief from Automatic Stay was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

SCOTT F. WATERMAN [Chapter 13], Chapter 13 Trustee, ECFMail@ReadingCh13.com

MICHAEL A. CIBIK, Attorney for Eric C. Colgan and Phyllis J Troxell-Colgan, mail@cibiklaw.com

ERIK B. JENSEN, Attorney for Eric C. Colgan and Phyllis J Troxell-Colgan, erik@jensenbagnatolaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Eric C. Colgan and Phyllis J Troxell-Colgan, 615 W Gardner Avenue, Glenolden, PA  19036

/s/Alyk L. Oflazian
_____

21-027175_EJS1