## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-13351** |
| **Eric C. Colgan** | : | **Chapter 13** |
| **Phyllis J Troxell-Colgan** | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | **Date and Time of Hearing** |
| **MidFirst Bank** | : | **April 24, 2024 at 11:00 a.m.** |
| **Movant,** | : | |
| | : | |
| vs | : | **Place of Hearing** |
| | : | **U.S. Bankruptcy Court** |
| **Eric C. Colgan** | : | **900 Market Street, Suite 400, Courtroom** |
| **Phyllis J Troxell-Colgan** | : | **#4** |
| **Scott F. Waterman** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | **Related Document #52** |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION OF MIDFIRST BANK FOR RELIEF FROM THE AUTOMATIC STAY ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 615 W GARDNER AVE, GLENOLDEN, PA 19036 (DOCUMENT NO. 52)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay on First Mortgage for Real Property Located at 615 W Gardner Ave, Glenolden, PA 19036 ("Motion") filed on February 7, 2024 at Document No. 52 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 22, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

/s/Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)

21-027175_EJS1

                                            Adam B. Hall (323867)  
                                            Manley Deas Kochalski LLC  
                                            P.O. Box 165028  
                                            Columbus, OH  43216-5028  
                                            Telephone: 614-220-5611  
                                            Fax: 614-627-8181  
                                            Attorneys for Creditor  
                                            The case attorney for this file is Alyk L. Oflazian.  
                                            Contact email is ALOflazian@manleydeas.com

21-027175_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-13351** |
| **Eric C. Colgan** | : | **Chapter 13** |
| **Phyllis J Troxell-Colgan** | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| **MidFirst Bank** | : | **Date and Time of Hearing** |
| **Movant,** | : | **April 24, 2024 at 11:00 a.m.** |
| **vs** | : | |
| | : | **Place of Hearing** |
| **Eric C. Colgan** | : | **U.S. Bankruptcy Court** |
| **Phyllis J Troxell-Colgan** | : | **900 Market Street, Suite 400, Courtroom** |
| **Scott F. Waterman** | : | **#4** |
| **Respondents.** | : | **Philadelphia, PA, 19107** |
| | | **Related Document #52** |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Certificate of No Objection Regarding Motion of MidFirst Bank for Relief from the Automatic Stay on First Mortgage for Real Property located at 615 W Gardner Ave, Glenolden, PA 19036 (Document No. 52) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman [Chapter 13], Chapter 13 Trustee, ECFMail@ReadingCh13.com

Michael A. Cibik, Attorney for Eric C. Colgan and Phyllis J Troxell-Colgan, mail@cibiklaw.com

ERIK B. JENSEN, Attorney for Eric C. Colgan and Phyllis J Troxell-Colgan, erik@jensenbagnatolaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

21-027175_EJS1

Eric C. Colgan and Phyllis J Troxell-Colgan, 615 W Gardner Avenue, Glenolden, PA  19036

/s/Alyk L. Oflazian

21-027175_EJS1