| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-13351-AMC**

ERIC C. COLGAN  
PHYLLIS J TROXELL-COLGAN  
615 W GARDNER AVENUE  
GLENOLDEN  PA   19036

Petition Filed Date: 05/24/2019  
341 Hearing Date: 07/26/2019  
Confirmation Date: 11/13/2019

Case Status: Dismissed After Confirmation on 5/23/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/2023 | $515.00 | 5176826 | 12/14/2023 | $515.00 | 5197226 | 01/08/2024 | $1,030.00 | 5197238 |
| 02/27/2024 | $237.70 | 8039950 | 03/11/2024 | $237.70 | 8056565 | 03/25/2024 | $237.70 | 8073398 |
| 04/10/2024 | $237.70 | 8089812 | 05/07/2024 | $237.70 | 8120455 | 05/22/2024 | $237.70 | 8137198 |
| 06/04/2024 | $237.70 | 8153609 | 06/17/2024 | $237.70 | 8169914 | 07/02/2024 | $237.70 | 8185398 |
| 07/15/2024 | $237.70 | 8203124 | | | | | | |

**Total Receipts for the Period:  $4,437.00    Amount Refunded to Debtor Since Filing: $1,378.66  Total Receipts Since Filing: $30,187.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $658.66 | $0.00 | $658.66 |
| 2 | WELLS FARGO BANK NEVADA NA<br>»» 002 | Unsecured Creditors | $2,764.44 | $0.00 | $2,764.44 |
| 3 | UNIFUND<br>»» 003 | Unsecured Creditors | $12,017.91 | $0.00 | $12,017.91 |
| 4 | CKS FINANCIAL LLC<br>»» 004 | Unsecured Creditors | $2,999.94 | $0.00 | $2,999.94 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $1,700.65 | $0.00 | $1,700.65 |
| 6 | WELLS FARGO DEALER SERVICES<br>»» 006 | Secured Creditors | $26,846.44 | $22,696.09 | $4,150.35 |
| 7 | MIDFIRST BANK<br>»» 007 | Mortgage Arrears | $32.68 | $32.68 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $3,899.25 | $0.00 | $3,899.25 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO DEALER SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | AMERICOLLECT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | AMERICOLLECT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | CKS FINANCIAL LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | FIRST RESOLUTION INVESTMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | I C SYSTEMS COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | WELLS FARGO BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-13351-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 17 | WILLIAM PHELPS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | ERIC C. COLGAN | Debtor Refunds | $1,378.66 | $1,378.66 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,187.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $27,607.43 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,579.57 | Total Plan Base: | $34,090.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.